# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| YOUNG AMERICANS FOR FREEDOM OF KENNESAW STATE UNIVERSITY, and ZACHARAY BOHANNON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>W. KEN HARMON, Interim President of Kennesaw State University, in his official capacity; *et al.*,<br><br>　　　　Defendants. | Case No. 1:18-cv-956-TWT |

## ORDER

This action having come before the Court on the Defendants' Consent Motion for Extension of Time To Respond to Complaint, wherein Defendants request an extension of time and Plaintiffs, through counsel, have consented to the Motion,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the time for Defendants to answer or otherwise respond to the Complaint (Doc. 1) is extended through and including October 3, 2018.

- 3 -

**ORDER ENTERED** this  24th  day of   September        , 2018.


  /s/Thomas W. Thrash  
HONORABLE THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA

Prepared and submitted by:
Deborah Nolan Gore
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334-1300
(404) 463-8850
Fax: (404) 651-5304
Email: dgore@law.ga.gov
*Attorney for Defendants*