IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YOUNG AMERICANS FOR FREEDOM OF KENNESAW STATE UNIVERSITY and ZACHARAY BOHANNON,<br><br>Plaintiffs,<br><br>v.<br><br>W. KEN HARMON, Interim President of Kennesaw State University, in his official capacity; *et al.*,<br><br>Defendants. | Case No. 1:18-cv-956-TWT |

## NOTICE OF SETTLEMENT

The parties respectfully notify the Court that they have resolved the above-captioned case by negotiated agreement. Counsel for the parties are in the process of finalizing the settlement agreement and stipulation of dismissal, which the parties intend to complete the as soon as practicable, but respectfully request twenty-one days, to November 14, 2018, to do so. Accordingly, the parties respectfully request that the Court vacate any deadlines falling within that period of time.

- 2 -

Defendants are filing this Notice of Settlement with the approval and permission of counsel for Plaintiffs.

                                      Respectfully submitted,

                                      CHRISTOPHER M. CARR   112505
                                      Attorney General

                                      KATHLEEN M. PACIOUS   558555
                                      Deputy Attorney General

                                      ROGER CHALMERS        118720
                                      Senior Assistant Attorney General

                                      s/*Deborah Nolan Gore*      437340
                                      DEBORAH NOLAN GORE
                                      Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Deborah Nolan Gore
State Law Department
40 Capitol Square SW
Atlanta, GA  30334
Tel: (404) 463-8850
Fax: (404) 651-5304
Email: dgore@law.ga.gov

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point New Times Roman type face.

This 24th day of October, 2018.

                                         /s/ *Deborah Nolan Gore*
                                         DEBORAH NOLAN GORE 437340
                                         Assistant Attorney General

- 4 -

## CERTIFICATE OF SERVICE

I certify that I have on this day caused a true and correct copy of the foregoing pleading, NOTICE OF SETTLEMENT, to be filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

This 24th day of October, 2018.

                                      s/ *Deborah Nolan Gore*
                                      DEBORAH NOLAN GORE    437340
                                      Assistant Attorney General